**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HOWARD COHAN,**

        Plaintiff,

v.                                        Case No.  6:22-cv-2400-ACC-LHP

**1550 NORTH ATLANTIC, LLC,**

        Defendant.

## ORDER OF DISMISSAL

The Court has been advised by **the parties** that the above-styled action has been settled. (Doc. 16). Accordingly, pursuant to Local Rule 3.09(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on March 14, 2023.

ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**

Counsel of Record